IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| **OSCAR MANUEL NUNEZ LOPEZ** | * | CASE NO. 17-05628 (BKT) |
| | * | |
| | * | |
| DEBTOR(S) | * | CHAPTER 7 |

*********************************************

### TRUSTEE'S MOTION REQUESTING EXTENSION
### OF TIME TO OBJECT TO DEBTOR'S DISCHARGE

TO THE HONORABLE COURT:

COMES NOW, Wigberto Lugo Mender, duly appointed trustee of the above captioned case, who respectfully prays this Honorable Court as follows:

1. The Meeting of Creditor's, pursuant to 11 U.S.C. Section 341, has not been conducted in this case.

2. The undersigned Trustee deems necessary an extension of time of 45 days from the day of the filing of this motion to file a Complaint Objecting to the Discharge of the Debtor or to Determine Dischargeability of Certain Type of Debts, in order for Trustee, the Office of the United States Trustee and other parties in interest to have an opportunity to responsibly examine Debtors under oath and investigate their financial affairs, including any actions which may lead to the filing of a complaint to object debtors' discharge

WHEREFORE, the undersigned Trustee respectfully requests this Honorable Court to grant 45 days from the filing of this motion for Chapter 7 Trustee and the United States Trustee to file a Complaint Objecting to the Discharge of the Debtor or to Determine Dischargeability of Certain Type of Debts.

2

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico this 20 day of November of 2017

CERTIFICATE OF SERVICE: I hereby certify that on this same date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sends a notification of such filing to all parties in this case registered for receipt of notice by electronic mail. I further certify that the foregoing document has been served to the US Trustee at ustregion21.hr.ecf@usdoj.gov and to debtor and debtor's attorney, all at their address of record.

*s/Wigberto Lugo Mender*
WIGBERTO LUGO MENDER
CHAPTER 7 TRUSTEE
Centro Internacional de Mercadeo
100 Carr 165, Suite 501
Guaynabo, PR 00968-8052
Tel. 707-0404
Fax 707-0412
trustee@lugomender.com